UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

WILLIAM ORGERA,

                      *Plaintiff,*

-against-

NICHOLAS PELLEGRINI, IAN DINNALL, and
NFRP CATERING, INC. d/b/a SEA CLIFF MANOR,

                      *Defendant(s).*

Docket No.: 25-cv-1194

**STIPULATION OF DISMISSAL WITH PREJUDICE AS NFRP CATERING, INC. d/b/a SEA CLIFF MANOR**

---

    **IT IS HEREBY STIPULATED AND AGREED**, by and between undersigned counsel, that all claims asserted by plaintiff William Orgera against defendant NFRP Catering, Inc. d/b/a Sea Cliff Manor, are hereby dismissed with prejudice pursuant to the terms of that Settlement Agreement filed on October 17, 2025 [Dkt. No. 15.1], this Court's order dated October 20, 2025, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    This Stipulation may be executed by facsimile, photocopy, or electronic signatures with the same force and effect as originals. A fully executed copy of this Stipulation has the same force and effect as the original.

**Dated:** November 13, 2025
       New York, NY

/s/ Zachary Naidich
Zachary Naidich
Naidich Law
137 5th Ave., 9th Fl.
New York, NY 10010
ZNaidich@naidichlaw.com
*Attorney for Plaintiff*

SO ORDERED

Dated: New York, New York
                  , 2025

/s/ Devin S. Cohen
Devin S. Cohen
Fox Rothschild LLP
101 Park Ave., 17th Fl.
New York, NY 10178
dscohen@foxrothschild.com
*Attorney for Defendants*

The Clerk of Court is DIRECTED to CLOSE this case. **SO ORDERED** this 14th day of November 2025 in Central Islip, New York.

/s/ JOANNA SEYBERT
JOANNA SEYBERT
U.S. DISTRICT JUDGE, E.D.N.Y.

_____
**Hon. Joanna Seybert, U.S.D.J.**